DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 049P13 | State v. Cassius Renay Jones | Def's *Pro Se* Motion for Petition for Appropriate Relief Under N.C.G.S. § 7A-28 | Dismissed |
|---|---|---|---|
| 053P13 | State v. Cody Ryan Sasser | 1. Def's NOA Based Upon a Constitutional Question (COA12-446)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 055P13 | State v. James Lappies | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-3)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 056P13 | State v. Ashley Terrese Parks | Def's PWC to Review Decision of COA (COA12-460) | Denied |
| 057P10-2 | State v. Sylvester Leon Little | Def's *Pro Se* Motion for Application for Actual Innocence Relief | Dismissed |
| 059P13 | Cameron Hospitality, Inc. and John W. Powers, Plaintiffs v. Cline Design Associates, PA, Inland Construction Company, Saber Engineering, PA, Ross & Witmer, Inc., Columbia Cameron Village, LLC, and York Properties Inc. of Raleigh, Defendants, Ross & Witmer, Inc., Columbia Cameron Village, LLC, and York Properties Inc. of Raleigh, Third-Party Plaintiffs v. Ricky Hall's Plumbing, Inc., Third-Party Defendant. | Defs' (Saber Engineering, PA, and Ross & Witmer, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-522) | Denied |